UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:23-cv-24062-RAR

LUIS SALAZAR,

        Plaintiff(s),

v.

ASIAN CORNER THAI SUSHI INC.,

        Defendant(s).

**NOTICE OF SETTLEMENT**

Plaintiff, LUIS SALAZAR, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the parties are finalizing the non-monetary terms of their resolution and anticipate filing the appropriate approval documents with this Court.

Dated: November 6, 2023

        Respectfully submitted,

**s/ Julisse Jimenez**
Julisse Jimenez, Esquire
FBN: 65387
E-mail: julisse@legalopinionusa.com
THE SAENZ LAW FIRM, P.A.
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 482-1475
Direct: (305) 209-5754
Assistant: (305) 982-7237
*Counsel for Plaintiff(s)*